# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRY MCCOY**                                                         **PLAINTIFF**

v.                               No: 4:19-cv-00904-JM-PSH

**GORMAN,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE